Ex parte C. F. CATY.   Ex parte NAT DANIELS. Ex parte HENRY MAYES.

Nos. A-2948, A-2949, A-2950.   Opinion Filed August 19, 1918.

(174 Pac. 1181.)

Petitions by C. F. Caty, Nat Daniels, and Henry Mayes.   Leave granted to withdraw petitions.

See, also, 167 Pac. 749, 752.

Hargis & Griffin, for petitioner.

PER CURIAM. Petitions filed in the above entitled and numbered causes on March 8, 1917. Leave of court granted to withdraw said petitions on the day the same were filed.